## J. S. HOLGUIN *v.* UNITED STATES

No. 5015.—Invoice dated Tlaquepeque, Mexico, August 28, 1939.
Entered at El Paso, Tex., September 6, 1939.
Entry No. 334.

(Decided October 2, 1940)

Plaintiff not represented by counsel.

*Webster J. Oliver*, Assistant Attorney General (*Joseph E. Weil*, special attorney), for the defendant.

DALLINGER, Judge: At the hearing of this appeal to reappraisement the plaintiff appeared but offered no competent evidence to overcome the presumption of correctness attached to the appraised values. I therefore find the proper dutiable values of the involved merchandise to be the values returned by the appraiser. Judgment will be rendered accordingly.